AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ROY MANDELL SMITH,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 320-066

JERMAINE WHITE, Warden, et. al.

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated December 10, 2020, the Magistrate Judge's Report and Recommendation is ADOPTED as the Court's opinion and Plaintiff's objections are OVERRULED; therefore, Plaintiff's Complaint is DISMISSED without prejudice as a sanction for Plaintiff's abuse of the judicial process. This case stands CLOSED.



| 12/10/2020 | John E. Triplett, Acting Clerk |
|---|---|
| Date | Clerk |

*Jamie Hodge*
(By) Deputy Clerk

GAS Rev 10/2020